MICHAEL A. LAWLER, Respondent, v KST HOLDINGS CORPORATION et al., Defendants, and KEVIN S. TAILLIE, Appellant.

Submitted August 18, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.